ELLIOT ENOKI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 07 2001

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR01-00447 HG

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>           Plaintiff,             )<br>                                  )<br>      v.                          )<br>                                  )<br> JUNEDALE SERION (01)             )<br> STACEY AKIMA (02),               )<br>                                  )<br>                                  )<br>           Defendants.            )<br>_____) | CR. NO. _____<br><br>INDICTMENT<br><br>[21 U.S.C. § 841(a)(1)] |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about September 13, 2001, in the District of Hawaii, defendant JUNEDALE SERION knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 7.63 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

COUNT 2

The Grand Jury charges that:

On or about October 16, 2001, in the District of Hawaii, defendants JUNEDALE SERION and STACEY AKIMA did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 7.66 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

COUNT 3

The Grand Jury charges that:

On or about October 26, 2001, in the District of Hawaii, defendants JUNEDALE SERION and STACEY AKIMA did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers or salts of its

isomers, approximately 29.01 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1).

DATED: __11/7/01__, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Junedale Serion, et al.
Cr. No. _____
"Indictment"

3